IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CONSTANCE ROBERTS and JOHNNY )
ROBERTS,                       )
                               )
                Plaintiff,     )
                               )
v.                             )       CIVIL ACTION NO. 3:14cv1215-WHA
                               )       (wo)
KRISPY KRUNCHY FOODS, LLC,     )
                               )
                Defendant.     )

## ORDER

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #19), it is hereby

ORDERED that the Motion is GRANTED, all other pending motions (Doc #15, #17) are

DENIED as moot, and this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 21st day of October, 2015.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE